**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tyron Marquette MILLS,
Defendant–Appellant.**

**No. 09–6833.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 7, 2009.

Tyron Marquette Mills, Appellant Pro Se. Anne Margaret Hayes, Michael Gordon James, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyron Marquette Mills appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Mills*, No. 4:06–cr–00010–BR–1 (E.D.N.C. Apr. 21, 2009). We deny Mills's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*